VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINA BEACH

GEORGANN M. REDDY,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Civil Case No.:　　CL23-4031

LOWE'S HOME CENTERS, LLC,
a Virginia Limited Partnership,

**SERVE:**　　**Corporation Service Company**
　　　　　　　**Registered Agent for Lowe's Home Center**
　　　　　　　**100 Shockoe Slip, FL 2**
　　　　　　　**Richmond, VA 23219**

        Defendant.

## COMPLAINT

NOW COMES the Plaintiff, GEORGANN M. REDDY, by counsel, and moves for judgment against the Defendant, LOWE'S HOME CENTERS, LLC on the grounds and in the amount as hereinafter set forth.

1. That at all relevant times herein, the Defendant, LOWE'S HOME CENTERS, LLC ("Lowe's"), was engaged in the business of owning and/or managing a free standing consumer home improvement retail store identified as Lowe's and located at 3565 Holland Road, Virginia Beach, Virginia that provides various services including but not limited to the sale of consumer products to the public.

2. That on information and belief, the Defendant, LOWE'S HOME CENTERS, LLC, was the owner of the real property identified as Lowe's Store #86, where the Defendant, LOWE'S HOME CENTERS, LLC, operated its business as described in the previous paragraph.

Inman &
Strickler, P.L.C.

Attorneys at Law

EXHIBIT A

3. That on or about September 4, 2021, the Plaintiff, GEORGANN M. REDDY, was a business invitee, lawfully visiting Lowe's for the purpose of purchasing plants from the garden center.

4. That Plaintiff was outside in the garden department looking at discounted plants, which were placed on wheeled racks in the garden area.

5. That while carrying two flower pots that she intended on purchasing, and walking between two of the racks she took a couple of steps and felt herself trip on something. She fell towards her right side and slightly turned as she fell. She hit her head on one of the racks during her fall and landed flat on the concrete floor on her right side, causing her to suffer serious injuries. She then rolled onto her back and was eventually helped up by a fellow customer and immediately felt pain in her right side.

6. That an ambulance was called and Plaintiff relayed to the ENT that she tripped on something which caused her fall.

7. That the ENT noticed one of the caster wheels sticking out from under the rack into the area between the racks where Plaintiff had attempted to walk, being evident that she tripped over that wheel.

8. That the Defendant, LOWE'S HOME CENTERS, LLC, as owner, operator and manager of Lowe's Store #86 located at 3565 Holland Road, Virginia Beach, Virginia, had a duty of care to the public, and it's business invitees, including the Plaintiff, to keep said premises free from unsafe and dangerous conditions and hazards of which it knew or should have known.

9. That the Defendant, LOWE'S HOME CENTERS, LLC, was reckless, careless and negligent in permitting the caster wheels of the racks to protrude into the walking lane, an area where customers are walking and are expected to walk, to contain an unsafe and dangerous condition, *i.e.*, a protruding object in the walking area; in failing to properly repair or remove such hazardous and unsafe condition; in failing to take adequate precautions to prevent customers from walking in the area where the protruding object was located, such as blocking off the area and simply securing the wheel in its correct position; and in failing to warn customers and other persons lawfully on the premises of such hazardous and unsafe condition.

10. That the Plaintiff did not have any knowledge of the dangerous and unsafe condition and could not have reasonably been expected to discover it before encountering it.

11. That as a direct and proximate result of the Defendants' negligence, recklessness and carelessness, the Plaintiff suffered serious and permanent injuries causing her great pain of body and mind including but not limited to physical pain, suffering, fear, anxiety, embarrassment, humiliation, frustration and anger; incurred and anticipates that she will continue to incur hospital, doctors' and related health care charges and expenses in an effort to be cured of said injuries; suffered scarring; incurred a loss of earnings; and has been prevented from participating in her lawful affairs, causing her considerable disruption and inconvenience.

12. That the Plaintiff demands trial by jury.

WHEREFORE, the Plaintiff, GEORGANN M. REDDY, demands judgment against the Defendant, LOWE'S HOME CENTERS, LLC, in the sum of TWO HUNDRED FIFTY THOUSAND DOLLARS ($250,000.00) and her costs with interest as allowed by law from September 4, 2021 and such other relief as the Court deems appropriate.

*/s/ Steven P. Letourneau*

GEORGANN M. REDDY
By Counsel

Steven P. Letourneau, Esq.
VSB No.: 28056
INMAN & STRICKLER, P.L.C.
575 Lynnhaven Parkway, Ste. 200
Virginia Beach, Virginia 23452
(757) 486-7055 Telephone
(757) 430-7863 Facsimile
Email: sletourneau@inmanstrickler.com

## CERTIFICATE OF MAILING

I hereby certify that I mailed a copy of this Complaint to Defendant, Lowe's Home Centers, LLC, aka Lowe's Store #86, 3565 Holland road, Virginia Beach VA 23452 and a courtesy to Stephanie Lynch, Sedgwick Claims Mgt. Services, via email and mail, to Lowe's P.O. Box 14072, Lexington, KY 40512-4072 on this __11__ day of August, 2023.

*/s/ Steven P. Letourneau*

Steven P. Letourneau

4